SOPHIA L. HAAS, Respondent, v. JOHN KING and C. H. ARCHER, Copartners, etc., Defendants. JOHN KING, Appellant.— Judgment of the City Court of the City of Mount Vernon, and order denying motion for a new trial, reversed on the facts, and new trial ordered, with costs to appellant to abide the event. The verdict of the jury was against the weight of the evidence as to King's relationship to the business prior to June 1, 1925. The verdict rendered by the jury was in

excess of that to which plaintiff was entitled under her own testimony.   Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.